UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VESSELINA KOSTAKEVA,<br><br>                Plaintiff,<br><br>  v.<br><br>STATE FARM AND CASUALTY COMPANY,<br><br>                Defendant. | No. 3:24-cv-05693-JHC<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' stipulated motion for dismissal. Dkt. # 10. The Court GRANTS the motion and DISMISSES all claims by and between the parties with prejudice and without award of attorney fees or costs to any party.

DATED this 16th day of May, 2025.

                                                         *John H. Chun*
                                                  JOHN H. CHUN
                                                  UNITED STATES DISTRICT JUDGE